**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-7225
_____

AZANIAH BLANKUMSEE,

                    Plaintiff – Appellant,

          v.

BOBBY P. SHEARIN, Warden of North Branch Correctional
Institutions; GREG FLURY, P.A., Medical Staff at N.B.C.I.;
COLIN OTEY, M.D., Care Provider at N.B.C.I.,

                    Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.   Paul W. Grimm, District Judge.
(8:13-cv-02658-PWG)

_____

Submitted:  December 15, 2014      Decided:  February 4, 2015

_____

Before KING, GREGORY, and HARRIS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Azaniah Blankumsee, Appellant Pro Se. Stephanie Judith
Lane-Weber, Assistant Attorney General, Baltimore, Maryland;
Gina Marie Smith, MEYERS, RODBELL & ROSENBAUM, PA, Riverdale,
Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Azaniah Blankumsee appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint and requests for counsel pursuant to 28 U.S.C. § 1915(e) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Blankumsee v. Shearin, No. 8:13-cv-02658-PWG (D. Md. Aug. 4, 2014). We also deny Blankumsee's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED